UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00307-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY NAVARRO, a/k/a Elvin Manuel Monge,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, September 10, 2012,** and responses to these motions shall be filed by **Monday, September 24, 2012.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, October 1, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: September 6, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE